In the Matter of the Application of the FEDERAL UNION
SURETY COMPANY, Appellant, to Be Relieved from
Liability on the Bond of HARRY S. DEWEY, as Receiver
of the Property of the Firm of DIXON & DEWEY.
EUSTACE CONWAY, as Substituted Receiver, et al.,
                    Respondents.

*Matter of Federal Union Surety Co.*, 154 App. Div. 936, affirmed.
(Argued April 16, 1914; decided May 5, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 24, 1913, which affirmed a final order entered
upon the report of a referee awarding a recovery against
the petitioner as surety upon a receiver's bond.

*Joseph Weldon Bailey, Louis B. Eppstein, J. Joseph
Lilly* and *Charles S. Mackenzie* for appellant.

*Henry W. Jessup* and *Charles F. Williams* for
Eustace Conway, as substituted receiver, respondent.

*D. Theodore Kelly* for John T. Dixon, respondent.

*Frederick M. Brown* and *Homer L. Loomis* for Bow-
ring & Co., respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.